# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SCOTT M. WALL,**

       **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　Case No. 6:08-cv-1822-Orl-31KRS

**FOUR WAY HOTEL CORP.,**

       **Defendant.**
_____

**FOUR WAY HOTEL CORP.,**
       **Third Party Plaintiff,**
**vs.**

**REMCO Software, Inc.,**
       **Third Party Defendant.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion:

> **MOTION:**   **MOTION TO DISMISS THIRD PARTY COMPLAINT (Doc. No. 24)**
>
> **FILED:**     **April 27, 2009**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED AS UNOPPOSED**, and the Third Party Complaint is **DISMISSED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 29, 2009.

                                                GREGORY A. PRESNELL
                                         UNITED STATES DISTRICT JUDGE